AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

## for the

District of New Mexico

*FILED*
*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW MEXICO*

**16 JUN 22 PM 2: 08**

*CLERK-ALBUQUERQUE*

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Rigoberto Romero | ) | MJ 16-2742 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

*Amended* **CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____6/21/2016_____ in the county of _Bernalillo_____ in the
_____ District of _New Mexico___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC 841(a)(1) and (b)(1)(A) | Possession of a Controlled Substance with the Intent to Distribute 500 grams and more of a mixture and substance containing Methamphetamines. |

This criminal complaint is based on these facts:

Amendment to original Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Larry Pantoja, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _June 22, 2016 at 2:02pm_   _____
*Judge's signature*

City and State: Albuquerque, NM   Karen B. Molzen, Chief Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Larry Pantoja, Special Agent of the Drug Enforcement Administration (DEA), being duly sworn, depose and state:

I am a Special Agent (SA) of the Drug Enforcement Administration and have been so employed since October 2015. I am currently assigned to the DEA Albuquerque District Office, specifically assigned to investigate federal drug offenses. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code Section 2510(7), who is empowered to conduct investigations of, and make arrests for, narcotic offenses enumerated in Title 18, United States Code Section 2516. I have successfully completed the DEA Basic Agent Training Academy at the DEA Academy in Quantico, Virginia. This training included instruction in the investigation of federal drug crimes including, but not limited to Title 21, United States Code Sections 841, 846, 959, and Title 18 United States Code Sections 2, 1956, and 1957. I have discussed with numerous law enforcement officers, defendants, and informants, the methods and practices used by narcotic distributors.

The facts set forth in this affidavit are known to me as a result of my investigation and interviews with other agents and law enforcement officers. These are not all the facts known to me throughout the course of this investigation, but rather only those that are essential to establish probable cause for charging a complaint against Rigoberto ROMERO for the federal violations listed herein.

This Affidavit is made in support of the issuance of a Criminal Complaint charging Rigoberto ROMERO with a violation of Title 21 USC 841 (a)(1) and (b)(1)(A), Possession With the Intent to Distribute 500 grams and more of a mixture and substance containing methamphetamines.

### PROBABLE CAUSE

On June 21, 2016, Deputies with the Bernalillo County Sheriff's Department served a State of New Mexico search warrant at the residence of Rigoberto ROMERO, which is located at 1915 ½ Williams Street SE, Albuquerque, New Mexico, 87102. It should be noted that the address on the search warrant was listed as 1915 Williams Street, however 1915 Williams Street is an abandoned building located on the same property. The physical description of the 1915 ½ Williams Street residence in the search warrant was accurate. It should also be noted that ROMERO had 2 outstanding felony arrest warrants for trafficking narcotics and possession with intent to distribute narcotics.

At approximately 11:30 a.m., Deputies were conducting surveillance on ROMERO's residence and identified ROMERO and observed another male standing outside of the residence. As Deputies began to approach the residence, ROMERO ran away towards the back of the residence, but was

apprehended by Deputies and taken into custody.  The other male subject
at the residence did not run and was taken into custody.

ROMERO told Deputies he had one pound of methamphetamines in the
house and another pound in his car which is a 2008 white Pontiac G8
sedan.  This vehicle was parked in front of the residence.  A search of
the residence and the vehicle was conducted and did confirm the
methamphetamines.

After securing the residence, ROMERO also stated that there was an
additional 9 pounds of methamphetamines located in a blue Toyota Scion
parked in front of the residence with no visible registration.  A search
was conducted and nine packages wrapped in black duct tape were located
behind the rear driver's side door panel.  Three handguns were also
located on the property.  The total combined weight of the suspected
methamphetamine, which field tested presumptive positive, was
approximately 15 pounds.

During post-Miranda statements, ROMERO admitted to distributing
methamphetamines between two to three months and had received and sold
approximately 40lbs of methamphetamines.  ROMERO also stated he used his
residence as a stash house for the methamphetamines.  ROMERO said he
paid approximately $3,300 per pound for the methamphetamines and made a
$200 profit from each pound sold.

Based on the aforementioned information, Rigoberto ROMERO
knowingly and intentionally Possessed With The Intent to Distribute a
Controlled Substance, to wit 500 grams and more of a mixture and
substance containing methamphetamines, contrary to 21 841(a)(1) and
(b)(1)(A).

I declare under the penalty of perjury that the foregoing is true
and correct to the best of my knowledge.

Larry Pantoja
Special Agent
U.S. Drug Enforcement Administration
Albuquerque District Office


Sworn before me on this the 22nd day of June, 2016 at 2:02 pm

United States Magistrate Judge
New Mexico Judicial District
Albuquerque, New Mexico

2